JOHN G. MICHAEL #106107
BAKER, MANOCK & JENSEN
5260 N. Palm Avenue
Fourth Floor
Fresno, California 93704
Telephone:    559-432-5400
Facsimile:    559-432-5620
E-Mail:       jgm@bmj-law.com

KAREN R. THORLAND #172092
W. ALLAN EDMISTON #228246
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California  90067-4164
Telephone:    310-282-2000
Facsimile:    310-282-2200
Email: kthorland@loeb.com
Email: aedmiston@loeb.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW LINE PRODUCTIONS, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation ; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and DISNEY ENTERPRISES, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>  v.<br><br>KEITH CARTER,<br><br>                Defendants. | Case No. 1:06-cv-00570-AWI-DLB<br><br>FINDINGS AND RECOMMENDATIONS RE:  DEFAULT JUDGMENT AND PERMANENT INJUNCTION |

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Recommended that the Court Order and Adjudge that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the motion pictures listed on Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall pay Plaintiffs' attorneys' fees and costs of suit herein in the amount of One Thousand Six Hundred Ninety-nine Dollars and Eighty Cents ($1,699.80).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted motion pictures:

- The lncredibles;
- National Treasure;
- Elf;
- Sky Captain and the World of Tomorrow;
- Harry Potter And The Prisoner Of Azkaban; and

any other motion picture, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate of Plaintiffs) ("Plaintiffs' Motion Pictures"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Motion Pictures, to distribute (i.e., upload) any of Plaintiffs' Motion Pictures, or to make any of Plaintiffs' Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy

        all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within 10 days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

     IT IS SO ORDERED.

     **Dated:**   <u>**December 1, 2006**</u>           <u>   **/s/ Dennis L. Beck**   </u>
3b142a                                                             UNITED STATES MAGISTRATE JUDGE