IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW LINE PRODUCTIONS, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and DISNEY ENTERPRISES, INC., a Delaware corporation., <br><br>　　　　　　　　Plaintiffs, <br><br>　　v. <br><br>KEITH CARTER, <br><br>　　　　　　　　Defendant. | CV F 06-0570 AWI DLB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br><br> ORDER ENTERING DEFAULT JUDGMENT <br><br> (Documents #12 and #15) |

　　This is a civil action for copyright infringement.   Defendant has not responded to the complaint.   On August 9, 2006, the Clerk of the Court entered default against Defendant.   On December 1, 2006, the Magistrate Judge issued Findings and Recommendations that recommended the court grant Plaintiffs application for default judgment.    The Findings and Recommendations gave notice that any party could file objections within ten days.   No objections have been filed.

　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, the court ORDERS that:

1. The Findings and Recommendations entered on December 1, 2006 are ADOPTED IN FULL;
2. Plaintiff's application for default judgment is GRANTED;
3. IT IS HEREBY ADJUDICATED that:
    a. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the motion pictures listed on Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).
    b. Defendant shall pay Plaintiffs' attorneys' fees and costs of suit herein in the amount of One Thousand Six Hundred Ninety-nine Dollars and Eighty Cents ($1,699.80).
    c. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted motion pictures:
        - The lncredibles;
        - National Treasure;
        - Elf;
        - Sky Captain and the World of Tomorrow;
        - Harry Potter And The Prisoner Of Azkaban; and
        - any other motion picture, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate of Plaintiffs) ("Plaintiffs' Motion Pictures"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Motion

                Pictures, to distribute (i.e., upload) any of Plaintiffs' Motion Pictures, or to make any of Plaintiffs' Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.

    d.    Defendant also shall destroy all copies of Plaintiffs' Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

IT IS SO ORDERED.

**Dated:   January 10, 2007**                /s/ **Anthony W. Ishii**
9h0d30                                     UNITED STATES DISTRICT JUDGE